UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Fahed Hamad,

    Defendant.

_____/

Criminal No. 12-cr-20667

Honorable Paul D. Borman

## ORDER TO SEAL GOVERNMENT'S EXHIBITS

The government having moved to seal its Exhibits 1, 2, and 3 in support of its Response Opposing the Defendant's Second Motion for Compassionate Release, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the government's Exhibits 1, 2, and 3 in support of its Response Opposing the Defendant's Second Motion for Compassionate Release be sealed until further Order of the Court.

Dated: April 24, 2023

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE
ACTING IN THE ABSENCE OF
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE